**Order entered June 10, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00660-CV

### STEPHEN CHU, DDS, MSD, PA D/B/A SMILE AGAIN ORTHODONTICS, Appellant

### V.

### HENRY SCHEIN, Appellee

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-12496-C**

## ORDER

Appellant's motion to extend time for filing a notice of appeal is **GRANTED**.

Appellant's notice of appeal is deemed timely filed on April 26, 2013.

/s/    JIM MOSELEY
       PRESIDING JUSTICE